IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SUSAN LATHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Civil Action No. |
| | § | |
| ANDRIA J. HENRY, | § | 4:22-cv-1101 |
| | § | |
| Defendant. | § | JURY |

### **DEFENDANT ANDRIA J. HENRY'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 Defendant ANDRIA J. HENRY (hereinafter "Defendant") gives notice and hereby removes this action from the District Court of Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, and in support thereof would show unto the Court the following:

### I. INTRODUCTION

1. On October 11, 2022, Plaintiff SUSAN LATHAM (hereinafter "Plaintiff") filed Plaintiff's Original Petition (hereinafter "Petition") in Tarrant County, Texas, under Cause No. 017-337624-22; *SUSAN LATHAM v. ANDRIA J. HENRY;* in the 17th District Court of Tarrant County, Texas. (the "State Court Action").

2. Plaintiff's lawsuit concerns a motor vehicle accident that occurred in Tarrant County, Texas on October 26, 2020. Plaintiff's petition contains claims of negligence against Defendant and damages related thereto.

3. Defendant timely files this notice of removal within the 30-day timeframe dictated by 28 U.S.C. §1446(b). Defendant acknowledges that service was made on the Texas

Transportation Commission over 30 days prior to the date of this removal, but Defendant contends that service on a statutory agent does not qualify as service for removal purposes. *See Med. Staffing Network, Inc. v. Health Care Capital, Inc.,* No. 3:04-CV-0794-B, 2004 U.S. Dist. LEXIS 23213 (N.D. Tex. 2004); *See also Young v. Jimmie Lee Johnson & KLLM Transp. Servs., LLC*, No. SA-19-cv-00270-OLG, 2019 U.S. Dist. LEXIS 242827 (W.D. Tex. 2019).

## II. PROCEDURAL REQUIREMENTS

4. Venue is proper in the United States District Court for the Northern District of Texas, Fort Worth Division, because the State Court Action is pending within this district and division. *See* 28 U.S.C. §1441(a); *Also see* 28 USC §124(a)(2).

5. Pursuant to LR 81.1, attached hereto as **Exhibit A** is an Index of Matters. Pursuant to 28 U.S.C. §1446(a), attached hereto as **Exhibit B and C** and incorporated by reference is a true and correct copy of the docket sheet and all documents filed of record with the court in the State Court Action including all process, pleadings, and orders served that were available for download from that court's website.

6. Simultaneously with the filing of this *Notice of Removal*, Defendant is filing notice of the removal in the State Court Action pursuant to 28 U.S.C. §1446(a), which is attached hereto as **Exhibit D**, and will provide written notice of the filing of this *Notice of Removal* to all parties as required by 28 U.S.C. §1446(a).

7. Included in this filing is Defendant's *Disclosure Statement and Certificate of Interested Parties* pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Exhibit E**.

8. Also included in this filing is a List of All Counsel of Record, **Exhibit F**.

## III. BASIS FOR REMOVAL

9. Removal is proper in this case due to complete diversity.

10. This Court has diversity jurisdiction under 28 U.S.C. §§1332(a). Where there is complete diversity among parties and the amount in controversy exceeds $75,000.00, an action may be removed to federal court.

## A. Diversity

11. Plaintiff is a citizen of the State of Texas and domiciled in Texas as well.

12. Defendant Andria J. Henry is a citizen of the Commonwealth (State) of Pennsylvania and domiciled in Pennsylvania as well.

## B. Amount in Controversy

14. Plaintiff's state court petition in paragraph 6.3 declares that Plaintiff is seeking damages over $250,000.00 but not more than $1,000,000.00.

15. Accordingly, the amount in controversy meets and exceeds the federal jurisdictional minimum of $75,000.00.

## IV. PRAYER

WHEREFORE, Defendant Allstate removes the State Court Action from Tarrant County District Court, to the United States District Court for the Northern District of Texas, Fort Worth Division, so that this Court may assume jurisdiction over the cause as provided by law.

          Respectfully submitted,

          LISA CHASTAIN & ASSOCIATES

          /s/ Young C. Jenkins
          **YOUNG C. JENKINS**
          TBN:  24034505

          1201 Elm Street, Suite 5050
          Dallas, TX  75270
          DallasLegal@allstate.com
          (214) 659-4346
          (877) 678-4763 (fax)

          ATTORNEY FOR DEFENDANT(S)
          ALLSTATE FIRE AND CASUALTY
          INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served in compliance with the Federal Rules of Civil Procedure to all Counsel of Record on December 9, 2022 to:

          /s/ Young C. Jenkins
          **YOUNG C. JENKINS**