IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SUSAN LATHAM, | § |
| | § |
| V. | § CIVIL ACTION NO. 4:22-CV-1101-BJ |
| | § |
| ANDRIA J. HENRY. | § |

## FINAL JUDGMENT

On October 9, 2023, the parties' filled a Joint Stipulation of Dismissal [doc. 20]. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED October 11, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE